**FILED**

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-21-0230

DEPOSITORS INSURANCE COMPANY,

Plaintiff/Appellee,

and SARA THARP,

Plaintiff/Appellee/Cross-Appellant,

v.

PATRICK SANDIDGE,

Defendant/Appellant/Cross-Appellee.

ORDER

Upon Appellee/Cross-Appellant, Sara Tharp's Unopposed Motion for Extension of Time made pursuant to Montana Rule of Appellate Procedure 26(1), and for good cause appearing:

IT IS HEREBY ORDERED that Appellee/Cross-Appellant's Unopposed Motion for Extension of Time is GRANTED. Appellee/Cross-Appellant's combined response and cross-appeal initial brief is due on or before Monday, October 11, 2021.

DATED:

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2021